# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY LYNN HARRIS,
                                Appellant,
        vs.
THE STATE OF NEVADA,
                                Respondent.

No. 77273

FILED

DEC 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a second amended judgment of conviction.[1] Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court's review of this appeal reveals a jurisdictional defect. It appears that appellant was not aggrieved by the second amended judgment of conviction. *See* NRS 177.015 (only an aggrieved party may appeal). The district court entered an amended judgment to indicate that appellant was sentenced as a habitual criminal under NRS 207.010. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.          _____, J.
Parraguirre                              Stiglich

---

[1]The Court of Appeals vacated the amended judgment of conviction entered on March 14, 2003. *See Harris v. State*, Docket No. 74456 (Order Affirming and Remanding, July 20, 2018).

18·908217

cc: Hon. Jerry A. Wiese, District Judge
Gregory Lynn Harris
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk